UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED INSURANCE COMPANY LIMITED,

                Plaintiff,                             NOT FOR PUBLICATION
   -against-                                        **ORDER**
                                                        11-CV-1177 (CBA) (JMA)

WORLD WIDE RE f/k/a WORLD WIDE
MANAGEMENT CONSULTANTS, LTD.,

                Defendant.
-----------------------------------------------------------x
AMON, Chief United States District Judge:

       The Court has received the report and recommendation (R & R) of the Honorable Joan M. Azrack, United States Magistrate Judge, dated April 27, 2011, which recommends that the Court grant the plaintiff United Insurance Company Limited's motion for an injunction in aid of arbitration. The time for objecting to the R & R has passed.

       As neither party has objected or requested additional time in which to object, the Court hereby adopts the R & R dated April 27, 2011 as the opinion of the Court.

       Accordingly, it is ordered that, pending resolution of the arbitration proceeding:

       **1.** The defendant World Wide Re shall not bind new reinsurances or renew existing contracts on behalf of the plaintiff United Insurance Company Limited; and

       **2.** The defendant World Wide Re shall not, without the prior written consent of the plaintiff United Insurance Company Limited, cancel, extend, amend, or alter in any way reinsurances already bound under the July 2009 Binding Authority Agreement.

       SO ORDERED.

Dated: Brooklyn, New York
       May 13, 2011

                                                            _____/s/_____
                                                            Carol Bagley Amon
                                                         United States District Judge